FILED'10 NOV 22 14:27 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID SNAUER,

    Plaintiff,

vs.

CITY OF SPRINGFIELD, a municipality; and OFFICER E. SETHER (No. 337), in his individual capacity, and as a police official for the City of Springfield,

    Defendants.

O R D E R
Civ. No. 09-6277-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on October 1, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo

1 - ORDER

determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendants have timely filed objections. Defendants object only to Judge Coffin's conclusion that defendant Sether was not entitled to qualified immunity. Defendants do not otherwise object to the Findings and Recommendation. I have given the file of this case a de novo review. I agree with Judge Coffin's analysis including his conclusion that defendant Sether is not entitled to qualified immunity. Therefore, I ADOPT Magistrate Coffin's Findings and Recommendation (doc. 33) that defendants' motion for summary judgment (doc. 11) is granted in part and denied in part. Defendant City of Springfield's motion for summary judgment on Counts Two and Three of plaintiff's complaint (the municipal liability claims) are granted. Finally, defendant Sether's motion for summary judgment on Counts One and Four of plaintiff's complaint (excessive force and punitive damages) are denied. Plaintiff's request for oral argument is denied as unnecessary.

IT IS SO ORDERED.

Dated this 22 day of November 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER